IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In the Matter of**: | } | Bankruptcy Case No. 22-10901 |
| John H. Simpson, Sr. | } | Judge David D. Cleary |
| | } | Chapter 13 |
| **Debtor(s)** | } | Cook County |

TO:   **Marilyn O. Marshall**, Chapter 13 Trustee, 224 S. Michigan, Ste. 800, Chicago, IL 60604, via electronic notification;

**David Smith**, c/o Arthur Rummer, 799 Roosevelt Road, Suite 2-104, Glen Ellyn, IL 60137, via U.S. Mail;

**Nicor Gas**, PO Box 549, Aurora, IL 60507, via U.S. Mail;

**Merrick Bank**, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368, via U.S. Mail;

**Cook County Treasurer's Office**, 118 North Clark St., Room 112, Chicago, IL 60602, via U.S. Mail;

**Midland Credit Management, Inc.**, PO Box 2037, Warren, MI 48090, via U.S. Mail;

**American Express National Bank**, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701, via U.S. Mail;

**Portfolio Recovery Associates, LLC**, c/o Capital One Bank (USA), N.A., PO Box 41067, Norfolk, VA 23541, via U.S. Mail;

**Premier Bankcard, LLC**, Jefferson Capital Systems, LLC Assignee, PO Box 7999, Saint Cloud, MN 56302-9617, via U.S. Mail;

**First Financial Investment Fund Holdings, LLC**, Jefferson Capital Systems, LLC Assignee, PO Box 7999, Saint Cloud, MN 56302-9617, via U.S. Mail;

**David Smith**, PO Box 312, Olympia Fields, IL 60461, via U.S. Mail; and

**John H. Simpson, Sr.,** 530 Parnell Ave., Chicago Heights, IL 60411, via U.S. Mail

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd., Suite 312, Skokie, IL 60077 on October 7, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.


| /s/ David Freydin | 10/7/2022 |
|---|---|
| David Freydin, Esq | Date |

Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL  60077
Phone: 847.972.6157