IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In the Matter of**: | } | Bankruptcy Case No. 22-10901 |
| | } | |
| John H. Simpson, Sr. | } | Judge David D. Cleary |
| | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | Cook County |

TO:    **Marilyn O. Marshall**, Chapter 13 Trustee, 224 S. Michigan, Ste 800, , via electronic notification;

**John H. Simpson, Sr.,** 530 Parnell Ave., Chicago Heights, IL 60411, via U.S. Mail; and

See Attached List

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd., Suite 312, Skokie, IL 60077 on October 7, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin              10/7/2022
David Freydin, Esq             Date
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL  60077
Phone: 847.972.6157

```
Label Matrix for local noticing          Greater Chicago Finance Co              U.S. Bankruptcy Court
0752-1                                    8331 W Roosevelt Rd                    Eastern Division
Case 22-10901                             Forest Park, IL 60130-2529              219 S Dearborn
Northern District of Illinois                                                    7th Floor
Eastern Division                                                                 Chicago, IL 60604-1702
Fri Oct  7 13:44:07 CDT 2022

Affirm, Inc.                              American Express National Bank          American General Financial/Springleaf Fi
Attn: Bankruptcy                          c/o Becket and Lee LLP                  Springleaf Financial/Attn: Bankruptcy De
30 Isabella St, Floor 4                   PO Box 3001                             Po Box 3251
Pittsburgh, PA 15212-5862                 Malvern PA 19355-0701                   Evansville, IN 47731-3251


Capital One                               Capital One                             (p)JPMORGAN CHASE BANK  N A
Attn: Bankruptcy                          Attn: Bnakruptcy                        BANKRUPTCY MAIL INTAKE TEAM
Po Box 30285                              P.O. Box 30285                          700 KANSAS LANE FLOOR 01
Salt Lake City, UT 84130-0285             Salt Lake City, UT 84130-0285           MONROE LA 71203-4774


Comenity Bank/Jared                       Comenity/zlotlt                         Cook County Treasurer's Office
Attn: Bankruptcy                          Attn: Bankruptcy                        118 North Clark St
Po Box 182125                             Po Box 182125                           Room 112
Columbus, OH 43218-2125                   Columbus, OH 43218-2125                 Chicago, IL 60602-1590


David Smith                               David Smith                             Discover Financial
PO Box 312                                c/o Arthur Rummler                      Attn: Bankruptcy
Olympia Fields, IL 60461-0312             799 Roosevelt Road, Suite 2-104         Po Box 3025
                                          Glen Ellyn, IL 60137-5919               New Albany, OH 43054-3025


EdFinancial Services                      Fifth Third Bank                        Fingerhut
Attn: Bankruptcy                          Attn: Bankruptcy                        Attn: Bankruptcy
Po Box 36008                              Maildrop RCS83E 1830 E Paris Ave SE     6250 Ridgewood Road
Knoxville, TN 37930-6008                  Grand Rapids, MI 49546                  Saint Cloud, MN 56303-0820


First Financial Investment Fund Holdings, LL   (p)FIRST NATIONAL BANK             First Premier Bank
Jefferson Capital Systems LLC Assignee         ATTN BANKRUPTCY                    Attn: Bankruptcy
Po Box 7999                                    1500 S HIGHLINE AVE                Po Box 5524
Saint Cloud MN 56302-7999                      SIOUX FALLS SD 57110-1003          Sioux Falls, SD 57117-5524


(p)FIRST SAVINGS BANK                     (p)FIRST SAVINGS BANK   BLAZE           Gtr Chgo Fin
ATTN BANKRUPTCY                           ATTN BANKRUPTCY                         8331 W Roosevelt Rd
1500 S HIGHLINE AVE                       1500 S HIGHLINE AVE                     Forest Park, IL 60130-2529
SIOUX FALLS SD 57110-1003                 SIOUX FALLS SD 57110-1003


Kohls/Capital One                         LVNV Funding, LLC                       MERRICK BANK
Attn: Credit Administrator                Resurgent Capital Services              Resurgent Capital Services
Po Box 3043                               PO Box 10587                            PO Box 10368
Milwaukee, WI 53201-3043                  Greenville, SC 29603-0587               Greenville, SC 29603-0368


Merrick                                   Midland Credit Management, Inc.         NATIONAL COMMERIAL SVCS. FOR RENTAL INSURANC
Po Box 9201                               PO Box 2037                             6644 VALJEAN AVE SUITE 100
Old Bethpage, NY 11804-9001               Warren, MI 48090-2037                   VAN NUYS, CA 91406-5816
```

| | | |
|---|---|---|
| Nicor gas<br>Po box 549<br>aurora, IL 60507-0549 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Synchrony Bank/ Old Navy<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Tennessee Child Support<br>Department of Human Services<br>400 Deadrick Street 15th Fl<br>Nashville, TN 37243-1403 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 | John H Simpson Sr.<br>530 Parnell Ave<br>Chicago Heights, IL 60411-1222 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Auto Finance<br>Attn: Bankruptcy<br>Po Box 901076<br>Fort Worth, TX 76101 | (d)Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | First National Bank/Legacy<br>Attn: Bankruptcy<br>Po Box 5097<br>Sioux Falls, SD 57117 |
| First Savings Bank<br>Attn: Bankruptcy<br>P.O. Box 5019<br>Sioux Falls, SD 57117 | First Savings Bank/Blaze<br>Attn: Bankruptcy<br>Po Box 5096<br>Sioux Falls, SD 57117 | Portfolio Recovery Associates, LLC<br>c/o Capital One Bank (usa), N.a.<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)GREATER CHICAGO FINANCE<br>8331 W ROOSEVELT RD<br>Forest Park, IL 60130-2529 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     1<br>Total                  41 |